# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  March 14, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Susana Cahill |
| Probation Officer:  Gary Kruck | |

**CASE NO.   15-cr-00268-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kasandra Carleton |
| Plaintiff, | |
| v. | |
| 3.  **GABRIEL GARCIA-ORTEGA,** | Brandon Marinoff |
| **Defendant.** | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     10:01 a.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on January 5, 2016, to Count 16 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held and argument given regarding pending motions and objections.

**ORDERED:**  Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) [Doc. 339] is GRANTED as stated on the record.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc. 337) is GRANTED as stated on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Variant Sentence (Doc. 352) is DENIED as stated on the record.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, GABRIEL GARCIA-ORTEGA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **59** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance. If not deported, Defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) If not deported, Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)　　If Defendant is deported, he shall not re-enter the United States illegally.   If Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

(**X**)　　Defendant shall comply with the terms and conditions for payment of the special assessment, restitution, or fine imposed by this judgment.

(**X**)　　Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Government's Motion to Dismiss Counts (Doc. 338) is GRANTED, and Counts 9, 14, 18, 19, 21, and 22 of the Indictment are DISMISSED.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**　　**10:40 a.m.**
Hearing concluded.
Total time:　　　　　00:39