# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Action No: 15-cr-00268-RM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    GABRIEL GARCIA-ORTEGA,

    Defendant.

---

**ORDER TO DISMISS COUNTS (DOCKET #338)**

---

THE COURT, upon review of the motion of the United States requesting an Order dismissing Counts 9, 14, 18, 19, 21 and 22 of the Indictment as to defendant GABRIEL GARCIA-ORTEGA in the above captioned matter, and finding good cause contained therein, it is hereby

ORDERED: that Counts 9, 14, 18, 19, 21 and 22of the Indictment are hereby dismissed as to defendant GABRIEL GARCIA-ORTEGA.

DATED this 14th day of March, 2016.

                                               BY THE COURT:

                                             *[signature]*

                                             RAYMOND P. MOORE
                                             United States District Judge